UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Operating Engineers Local No. 49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union Of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 04-4998 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Soil-Con, Inc., | |
| Defendant. | |

---

Based upon Plaintiffs' Motion, the Affidavit of Mitchell W. Converse and all of the files, records and proceedings herein, the Clerk of Court is hereby directed to enter a judgment of money damages in favor of Plaintiffs and against Defendant, Soil-Con, Inc. in the amount of $208,037.30.


Dated:  December 2, 2005            s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge